UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ROSALIE HORTON,                          )
                                         )
                Plaintiff,               )
                                         )
        vs.                              )        Case No. 4:05-CV-933 DDN
                                         )
JO ANNE B. BARNHART,                     )
Commissioner of Social Security,         )
                                         )
                Defendant.               )

## ORDER

In accordance with the Memorandum filed herewith,

**IT IS HEREBY ORDERED** that the the decision of the Commissioner of
Social Security is affirmed under Sentence 4 of 42 U.S.C. § 405(g).


_____
**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**


Signed on September 25, 2006.